UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY BARTON,<br><br>   Petitioner,<br><br> v.<br><br>SUPERIOR COURT,<br><br>   Respondent. | Case No. 18-04133 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

On July 11, 2018, Petitioner, a California state prisoner, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. (Docket No. 1.) On August 21, 2018, the Clerk sent a notice to Petitioner informing him that he needed to either pay the filing fee or file a complete application to proceed *in forma pauperis* ("IFP") within twenty-eight days from the date of the notice to avoid dismissal. (Docket No. 3.) The deadline has passed, and Petitioner has failed to respond. Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

The Clerk shall terminate all pending deadlines and close the case.

**IT IS SO ORDERED.**

Dated: _September 20, 2018_

                BETH LABSON FREEMAN
                United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\HC.18\04133Barton_dism-ifp.docx