UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY BARTON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SUPERIOR COURT,<br><br>　　　　Respondent. | Case No. 18-04133 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: September 20, 2018

BETH LABSON FREEMAN
United States District Judge